**FRANK JONES v. STATE OF FLORIDA**

15 So. (2nd) 199
October 8, 1943

June Term, 1943
Division B

*Zach H. Douglas,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn,* Assistant Attorney General, and *Bourke Floyd,* Special Assistant Attorney General, for appellee.

PER CURIAM:
Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.